IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL STARNES,<br><br>    Plaintiff,<br>v.<br><br>COURT OF COMMON PLEAS OF BUTLER COUNTY, 50th JUDICIAL DISTRICT; THOMAS DOERR, individually; THOMAS HOLMAN, individually; and DOUGLAS RITSON,<br><br>    Defendants. | Case No: 17-1304<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF THE PARTIES
TO PERMIT PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**

1. The parties, having conferred in accordance with this Court's Order of October 11, 2017 (Doc. #2), agree that the Plaintiff will file a Second Amended Complaint on or before January 16, 2018.

2. The Defendants will have 21 days from the date of service to file a Response to the Plaintiff's Second Amended Complaint.

WHEREFORE, Plaintiff shall file her Second Amended Complaint on or before January 16, 2018.

Respectfully submitted,

By:     /s/ Edward A. Olds
        Edward A. Olds, Esquire
        PA ID #23601
        Olds Russ Marquette & Peace
        1007 Mount Royal Boulevard
        Pittsburgh, PA 15223
        Phone (412) 492-8975
        *ATTORNEY FOR PLAINTIFF*

By:     /s/ Caroline Liebenguth
        Caroline Liebenguth, Esquire
        Supreme Court of Pennsylvania
        Administrative Office of PA Courts
        437 Grant Street, Suite 416
        Pittsburgh, PA 15219
        /s/ Robert Krandel
        1515 Market Street, Suite 1414
        Philadelphia, PA 19102
        *ATTORNEYS FOR DEFENDANTS,*
        *THOMAS HOLMAN and COURT OF*
        *COMMON PLEAS OF BUTLER COUNTY*

By:     /s/ Thomas P. McGinnis
        Thomas P. McGinnis, Esquire
        525 William Penn Place, Ste. 3750
        Pittsburgh, PA 15219
        /s/ Thomas W. King, III
        Thomas W. King, III, Esquire
        /s/ Ronald T. Elliott
        Ronald T. Elliott, Esquire
        Dillon McCandless King Coulter &
        Graham, LLP
        128 West Cunningham Street
        Butler, PA 16001
        *ATTORNEYS FOR DEFENDANT THOMAS DOERR*

BY:     /s/Marie Milie Jones
        Marie Milie Jones, Esquire
        JonesPassodelis, PLLC
        Gulf Tower, Suite 3410, 707 Grant St.
        Pittsburgh, PA 15219
        *ATT. FOR DEFENDANT DOUGLAS RITSON*