IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL STARNES,<br><br>        Plaintiff,<br>v.<br><br>COURT OF COMMON PLEAS OF BUTLER COUNTY, 50th JUDICIAL DISTRICT; THOMAS DOERR, individually; THOMAS HOLMAN, individually; and DOUGLAS RITSON,<br><br>        Defendants. | Case No: 2:17-cv-01304-CB<br><br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER OF COURT

In Pittsburgh, this the _____ day of _____, 2017, based upon the foregoing STIPULATION, it is hereby Ordered that Plaintiff shall file a Second Amended Complaint on or before January 16, 2017. Defendants will thereafter have 21 days from date of service to respond to the Second Amended Complaint.

 

_____
U.S. District Court Judge