IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL STARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>COURT OF COMMON PLEAS OF BUTLER COUNTY, 50th JUDICIAL DISTRICT; THOMAS DOERR, individually; and THOMAS HOLMAN, individually;<br><br>    Defendants. | Civil Action No.: 2:17-cv-01304-CB |

**ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion to Dismiss Third Amended Complaint submitted by Defendant Thomas Doerr, it is hereby ORDERED that said Motion is GRANTED. All claims asserted against said Defendant are hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 12(b)(6).

BY THE COURT:

_____, J.