UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-3271
_____

CRYSTAL STARNES

v.

BUTLER COUNTY COURT OF COMMON PLEAS, 50th Judicial District;
THOMAS DOERR, individually;
THOMAS HOLMAN, individually

Thomas Doerr,
Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2-17-cv-01304)
District Judge: Honorable Cathy Bissoon
_____

Argued April 22, 2020
Before: HARDIMAN, RENDELL, and FISHER, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be considered from the United States District Court for Western District of Pennsylvania and was argued on April 22, 2020. On consideration whereof, it is now hereby

ORDERED and ADJUDGED that the order of the United States District Court for the Western District of Pennsylvania entered on October 4, 2018 is hereby AFFIRMED in part and REVERSED in part. All of the above in accordance with the Opinion of this Court.

No costs shall be taxed.

ATTEST:

s/ Patricia S. Dodszuweit

Clerk

Dated: August 24, 2020