THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL STARNES, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> COURT OF COMMON PLEAS OF BUTLER : <br> COUNTY, 50th JUDICIAL DISTRICT; : <br> THOMAS DOERR, individually; and : <br> THOMAS HOLMAN, individually; : <br> : <br> Defendants. : | C.A. No. 2:17-cv-1304 <br><br><br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

## STIPULATION FOR DISMISSAL

Pursuant to FRCP Rule 41(a)(1)(A)(ii) the parties do hereby stipulate that this action is dismissed with prejudice as to the individual Defendants Thomas Doerr and Thomas Holman.

Respectfully Submitted,

/s/ Edward A. Olds
Edward A. Olds
Pa I.D. No. 23601

Olds George Law LLC
1007 Mount Royal Boulevard
Pittsburgh, PA 15223

*Counsel for Plaintiff*

/s/Caroline Liebenguth
Caroline Liebenguth
Attorney I.D. No. PA37572
Supreme Court of Pennsylvania
Administrative Office of the PA Courts
437 Grant Street, Suite 416
Pittsburgh, PA 15219
(412)565-5032

*Counsel for Defendants Court of Common
Pleas of Butler County and Tom Holman*

<u>/s/ Thomas P. McGinnis</u>
Thomas P. McGinnis
PA I.D. No. 46666
Thomas, Thomas & Hafer LLP
525 William Penn Place, Suite 3750
Pittsburgh, PA 15219
(412)697-7403

*Counsel for Defendant Thomas Doerr*
