THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL STARNES, | : |
| | : C.A. No. 2:17-cv-1304 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| COURT OF COMMON PLEAS OF BUTLER COUNTY, 50th JUDICIAL DISTRICT; THOMAS DOERR, individually; and THOMAS HOLMAN, individually; | : |
| | : **JURY TRIAL DEMANDED** |
| Defendants. | : |

## STIPULATION FOR DISMISSAL

Pursuant to FRCP Rule 41(a)(1)(A)(ii) the parties do hereby stipulate that this action is dismissed with prejudice as to the Court of Common Pleas of Butler County, 50th Judicial District.

Respectfully Submitted,

/s/ Edward A. Olds
Edward A. Olds
Pa I.D. No. 23601
Olds George Law LLC
1007 Mount Royal Boulevard
Pittsburgh, PA 15223

*Counsel for Plaintiff*

/s/ Caroline Liebenguth
Caroline Liebenguth
Supreme Court of Pennsylvania
Administrative Office of the PA Courts
437 Grant Street, Suite 416
Pittsburgh, PA 15219
(412)565-5032

*Counsel for Defendants Court of Common Pleas of Butler County and Tom Holman*